**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STELITA CHEATAM,**

       **Plaintiff,**

v.                                              Case No.   6:24-cv-25-ACC-RMN

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

       **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 28, 2024.

*Anne C. Conway*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record